14781.   LIBERTY LUMBER COMPANY *v.* BUTLER.

BROYLES, C. J. 1. The alleged newly discovered evidence is impeaching and cumulative, and is not of such a character as would probably cause a different verdict upon another trial of the case.

2. The verdict was authorized by the evidence, and the overruling of the motion for a new trial was not error for any reason assigned.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
>
> DECIDED NOVEMBER 13, 1923.

Action for trespass; from city court of Savannah—Judge Freeman.   May 26, 1923.

*Lawrence & Abrahams, David S. Atkinson,* for plaintiff in error.

*J. Hartridge Smith,* contra.